# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>*Plaintiff* )<br>v. )<br>CHRISTOPHER PAUL HAYNES, d/b/a )<br>LIBERTY TAX SERVICE, )<br>*Defendant* | Civil Action No.  3:16-cv-00373-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the Stipulation for Final Judgment of Permanent Injunction is approved and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having granted the consent motion to approve the Stipulation for Final Judgment of Permanent Injunction.

Date:  October 27, 2016                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Charles L. Bruorton
                                                                                        ―――――――――――――――――――――
                                                                                        *Signature of Clerk or Deputy Clerk*